■ In the Matter of the Claim of JAMES AGUANNO, Appellant. COMMISSIONER OF LABOR, Respondent. [23 NYS3d 919]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 12, 2014, which dismissed claimant's appeal from a decision of the Administrative Law Judge as untimely.

Decision affirmed. No opinion.

Rose, J.P., Lynch, Devine and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of DESHAWN OWENS, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [23 NYS3d 919]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Egan Jr., Rose and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of MICHAEL SPIRLES, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [23 NYS3d 920]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

McCarthy, J.P., Rose, Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.